*Donald C. McNeil,* in support of the petition.

Decided December 4, 1979

STATE OF CONNECTICUT *v.* ROBERT MOYE

The Supreme Court of the United States, on October 9, 1979, granted a motion of the petitioner for certiorari, vacated the judgment in *State* v. *Moye,* 177 Conn. 487, 418 A.2d 870, and remanded the case "for further consideration in light of *Sandstrom* v. *Montana,*" 442 U.S. 510, 99 S. Ct. 2450, 61 L. Ed. 2d 39. The decision of the Supreme Court of the United States is reported in *Moye* v. *Connecticut,* 444 U.S. 983, 100 S. Ct. 199, 62 L. Ed. 2d 129.

Pursuant to, and in conformity with, the mandate of the Supreme Court of the United States, and with our holding in *State* v. *Harrison,* 178 Conn. 689, 425 A.2d 111, the judgment of the Superior

Court is set aside, a new trial is ordered, and the case is remanded to the Superior Court for further proceedings not inconsistent with the decisions hereinabove cited.

Decided December 11, 1979